JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIREMAN'S FUND INSURANCE COMPANY,<br><br>                Plaintiff,<br><br>v.<br><br>ALPHA ENTERPRISES, INC.; MARINO TRANSPORTATION SERVICES, LLC; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No.: CV10-3051 PA (JEMx)<br><br>**ORDER**<br><br>The Honorable Percy Anderson |

    Based on the Stipulation filed by the parties, IT IS HEREBY ORDERED that this entire action is dismissed, with prejudice, each party to bear its own costs and attorney's fees.

Dated: July 9, 2010

_____
UNITED STATES DISTRICT COURT JUDGE

*[Proposed] Order*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of Los Angeles, State of California, am over the age of 18, and not a party to this action.  My business address is 555 East Ocean Boulevard, Suite 501, Long Beach, California 90802. On July 9, 2010, I served the foregoing document(s) described as **[PROPOSED] ORDER** on the interested parties by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Charles E. Jagolinzer, Esq. | Carol L. Gatz, Esq. |
| Peter S. Doody, Esq. | OSMAN & ASSOCIATES |
| HIGGS, FLETCHER & MACK LLP | 21680 Gateway Center Drive, Suite 140 |
| 401 West "A" Street, Suite 2600 | Diamond Bar, California 91765 |
| San Diego, California 92101 | |

☐     **BY PERSONAL DELIVERY**.  I delivered such envelope by hand to the offices of the addressee.

☐     **BY MAIL**.  I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Long Beach, California.  I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for mailing.  Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Long Beach, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐     **BY FACSIMILE TRANSMISSION**.  I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein.  The facsimile machine used complies with California Rule of Court 2003 and no error was reported by the machine.  Pursuant to California Rules of Court 2006, et al., I caused the machine to print a transmission record of the transmission and the transmission record was properly issued by the transmitting facsimile machine.

☐     **BY FEDERAL EXPRESS**.  I caused such envelope to be deposited at the Federal Express box at Long Beach, California for guaranteed one day delivery with delivery charges prepaid.  I am "readily familiar" with the firm's practice of collection and processing correspondence and pleadings for delivery by Federal Express delivery service.  Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Long Beach, California in the ordinary course of business for delivery to the addressee(s).

Executed on July 9, 2010, at Long Beach, California

☐     **(State)**  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐     **(Federal)**  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Lisa G. Bell